**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02458-MDB

Munoz, et al.

        Plaintiffs,

vs.

Cheyenne Resort Acquisition Group, LLC

        Defendant.

_____/

**NOTICE OF SETTLEMENT**

The Plaintiffs, with consent of the Defendant, by and through undersigned counsel hereby inform this Court that the parties have settled the above-captioned matter in principle. Counsel are currently in the process of crafting a settlement agreement and expect to file a stipulated dismissal within the next sixty days. In light of this Notice, the Parties request that the Court moot all pending deadlines.

Respectfully submitted this 13th day of March 2023,

                                            _s/ Jon G. Shadinger Jr._
                                            Jon G. Shadinger Jr., Esq.
                                            Shadinger Law, LLC
                                            717 E. Elmer Street, Suite 7
                                            Vineland, NJ 08360
                                            Phone (609) 319-5399
                                            js@shadingerlaw.com
                                            _Attorney for Plaintiffs_

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of March 2023, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                */s/ Jon G. Shadinger Jr.*
                                                Jon G. Shadinger Jr., Esq.